UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES D. EVANS**                                                      **PLAINTIFF**

**V.**                          **CIVIL ACTION NO.1:06CV1159 LTS-RHW**

**STATE FARM FIRE and CASUALTY COMPANY, ET AL.**      **DEFENDANTS**

### ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AND JUDGMENT OF DISMISSAL

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED** and **ADJUDGED**

That the motion of Fidelity National Insurance Company for summary judgment [57] is **GRANTED**;

That the supplemental motion of Fidelity National Insurance Company for summary judgment [59] is **DENIED AS MOOT**;

That the motion of Fidelity National Insurance Company for severance [43] is **DENIED AS MOOT**.

That this action is **DISMISSED**.

**SO ORDERED** this 18th day of September, 2007.

                                                              s/ L. T. Senter, Jr.
                                                              L. T. SENTER, JR.
                                                              SENIOR JUDGE